UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY LANE, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:23-CV-2435-X-BK |
| INFOSYS LTD, | § § | |
| *Defendant.* | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, in light of Plaintiff's notification that he seeks to voluntarily dismiss all his federal claims, *see* Doc. 115, all of Plaintiff's state and federal law claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to close this case.

**SO ORDERED** this 28th day of April, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE